IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GARY T. PARKER, II, | ) |
| *Plaintiff,* | ) Case No. 3:16-cv-01354-NJR-RJD |
| | ) Honorable Nancy J. Rosenstengel |
| v. | ) |
| | ) Magistrate: Reona J. Daly |
| SELENE FINANCE LP d/b/a SELENE FINANCE, a Delaware Limited Partnership, | ) ) |
| *Defendant.* | ) ) |

### SELENE FINANCE LP'S CERTIFICATE OF INTERESTED PARTIES

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, as counsel of record for plaintiff Selene Finance L.P., (**Selene**), hereby files its corporate disclosure statement and certificate of interested parties.

Counsel of record for Selene, certifies there are no known interested parties other than those participating in the above-entitled action.

Selene has the following parent corporation(s) and publicly held corporation(s) that own 10% or more of its stock: Selene is a general partnership.  Selene's general partner is Selene Ventures GP and its limited partner is Selene Ventures, LLC.  Both are owned by Selene Holdings, LLC, which is wholly owned by Hyperion Residential Mortgage Services, LLC and Witmer Selene Investors, LLC.

///

///

///

///

These representations are made to enable judges of the court to evaluate possible disqualification or recusal.

                                                  **AKERMAN LLP**

                                      By:  /s/ *Rebekah A. Childers*
                                      Melissa E. Manning (ARDC #6288381)
                                      Rebekah A. Childers (ARDC #6305616)
                                      71 South Wacker Drive, 46th Floor
                                      Chicago, IL 60606
                                      (312) 634-5731 Telephone
                                      (312) 424-1931 Facsimile
                                      melissa.manning@akerman.com
                                      rebekah.childers@akerman.com