# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GARY T. PARKER, II, | |
| Plaintiff, | CIVIL ACTION |
| v. | |
| SELENE FINANCE, LP d/b/a SELENE FINANCE, a Delaware Limited Partnership, | CASE NO. 16-cv-1354-NJR-RJD |
| Defendant. | |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff, Gary T. Parker, II, hereby notifies the Court that Plaintiff and Defendant, Selene Finance, LP d/b/a Selene Finance, a Delaware Limited Partnership, settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The parties request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement. Respectfully submitted this 10th day of March, 2017.

Respectfully Submitted,

/s/ Kimberly D. Wirth
Kimberly D. Wirth, #6299352
Attorney for Plaintiff
Law Offices of William A. Mueller, LLC
5312 West Main Street
Belleville, IL 62226
(618) 236-7000

## **CERTIFICATE OF SERVICE**

  I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

                /s/ Kimberly D. Wirth
                Kimberly D. Wirth, #6299352
                Attorney for Plaintiff
                Law Offices of William A. Mueller, LLC
                5312 West Main Street
                Belleville, IL 62226
                (618) 236-7000