IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GARY T. PARKER, II, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 16-CV-1354-NJR-RJD |
| | ) |
| SELENE FINANCE LP, | ) |
| | ) |
| Defendant. | ) |

# JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order filed on March 23, 2017 (Doc. 19), and the Stipulation of Dismissal filed March 21, 2017 (Doc. 18), this cause of action is voluntarily **DISMISSED with prejudice**, each party to bear their own costs.

DATED:   March 23, 2017

JUSTINE FLANAGAN, Acting Clerk

By:  s/Deana Brinkley
     Deputy Clerk


APPROVED:  s/ Nancy J. Rosenstengel
           NANCY J. ROSENSTENGEL
           United States District Judge